```
                                                                    FILED
                                                              IN CLERK'S OFFICE
                                                            U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT                               ★   NOV 17 2009
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X        P.M.
HUGO HERNANDEZ,                                               TIME A.M.

                            Plaintiff,              ORDER
                                                    09 CV 1576 (ENV)(LB)
        -against-

POLICE COMMISSIONER RAYMOND KELLY,
SERGEANT JAMES MCNAMARA, POLICE
OFFICER VICTOR LOPEZ, POLICE OFFICER
ANGEL CRUZ and POLICE OFFICER
CHRISTOPHER BALLEARA,

                            Defendants.
------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

By Order dated October 29, 2009, the Court, for a second time, directed the Corporation Counsel of the City of New York ("Corporation Counsel") to ascertain the correct service addresses for defendants McNamara, Lopez, and Cruz by November 12, 2009. See docket entry 14.

Corporation Counsel provided the following addresses:

>   Sergeant James McNamara
>   Transit Borough Brooklyn Task Force
>   Inside Metropolitan Avenue Subway Station at the Corner of
>   Metropolitan Avenue and Union Avenue
>   Brooklyn, NY 11211
>   (718) 388-0295
>
>   Police Officer Victor Lopez
>   Transit Borough Brooklyn Task Force
>   Inside Metropolitan Avenue Subway Station at the Corner of
>   Metropolitan Avenue and Union Avenue
>   Brooklyn, NY 11211
>   (718) 388-0295
>
>   Police Officer Angel Cruz
>   Transit Borough District #33
>   Inside the Broadway Junction Subway Station located on Van Sinderin Street
>   Between Fulton Street and Broadway
>   2399 Fulton Street
>   Brooklyn, NY 11225
>   (718) 345-4900



See docket entry 28. The Clerk of Court is directed to prepare the necessary papers to have the above named defendants served with process. The United States Marshals Service is directed to serve the amended summons and complaint on defendants McNamara, Lopez and Cruz at the above addresses.

SO ORDERED.

/s/ LOIS BLOOM
United States Magistrate Judge

Dated: November 16, 2009
      Brooklyn, New York