UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HUGO HERNANDEZ,

                 Plaintiff,

           - against -

POLICE COMMISSIONER RAYMOND KELLY,
et al.,

                 Defendants.

------------------------------------------------------------X

**ORDER**
**09 CV 1576 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on February 10, 2010 at 10:30 a.m. Defendants' counsel is requested to arrange and initiate the conference call. The Warden of Rikers Island shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendants' counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

Dated: January 29, 2010
       Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge