UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HUGO HERNANDEZ,

                            Plaintiff,

-against-

POLICE COMMISSIONER RAYMOND KELLY, SGT.
MCNAMAR, PO LOPEZ, PO ANGEL CRUZ
and PO BALLAERA,

                            Defendants.
-----------------------------------------------------------X

**ORDER**
**09 CV 1576 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held an initial conference pursuant to Fed. R. Civ. P. 16 by telephone on February 10, 2010. Plaintiff informed the Court that he has been moved to Downstate Correctional Facility, P.O. Box 445, 122 Red Schoolhouse Road, Fishkill, NY 12524, and that his State ID number is 10-A-0430. The Clerk of Court shall note plaintiff's change of address this one time as a courtesy to plaintiff, however, plaintiff must notify the Court in writing of any changes in his address in the future. The Court urged the parties to discuss settlement. The Court shall hold a status conference by telephone on March 9, 2010 at 10:30 a.m. Defendants' counsel shall arrange and initiate the call.

SO ORDERED.

                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: February 12, 2010
       Brooklyn, New York

